# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **BRYAN SHAMAR LITTLE,** | : | |
| | : | |
| Movant, | : | Civil Action |
| | : | No. 3:17-cr-15-CAR-CHW |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Report and Recommendation of the United States Magistrate Judge to construe Movant Bryan Shamar Little's Motion for Reconsideration as a Motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 and to dismiss it as a second or successive § 2255 motion filed without authorization by the Eleventh Circuit. Plaintiff has not filed an objection and the time in which to do so has expired.

The Magistrate Judge's Recommendation [Doc. 74] is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. Movant's Section 2255 Motion [Doc. 73] is **DISMISSED** for lack of jurisdiction as a successive motion. In order for this Court to have jurisdiction to consider a successive petition, Petitioner must move the Eleventh Circuit Court of Appeals for an order authorizing this Court to entertain his successive

petition.[1]  Additionally, because Petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED.**

**SO ORDERED**, this 26th day of October, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] *Williams v. Chatman*, 510 F.3d 1290, 1293 (11th Cir. 2007).